# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SHARON FRICK, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TODD FRICK, DECEASED,

Respondent

v.

FUHAI LI, M.D., NEUROLOGY AND PAIN MANAGEMENT CENTER, PC, Y. BARRY KURTZER, M.D., AND GREENTOWN MEDICAL ASSOCIATES, PC,

Petitioner

PETITION OF: FUHAI LI, M.D. AND NEURLOGY AND PAIN MANAGEMENT CENTER, PC

: No. 248 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.